IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 5:22mj00036 |
| | ) | |
| MICHAEL BOYD MENNEMEYER | ) | In violation of: |
| | ) | |
| | ) | 18 U.S.C. § 930(a) |
| | ) | |
| | ) | |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE
*Possession of a Firearm at a Federal Facility*

1. On or about April 14, 2021, in the Western District of Virginia, the defendant, MICHAEL BOYD MENNEMEYER, did knowingly possess and cause to be present a firearm, that is, a CANIK TPQSF 9mm handgun, at the Federal Bureau of Investigation located at 200 Constitution Drive, Winchester, Virginia, a Federal facility.

2. All in violation of Title 18, United States Code, Section 930(a).

*[signature]*
Date

*[signature]*
CHRISTOPHER R. KAVANAUGH
UNITED STATES ATTORNEY

1